# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | UL Verification Services Inc | 11/30/2022 | Wire | $ 10,902.14 |
| Akorn Operating Company, LLC | UL Verification Services Inc | 1/13/2023 | Wire | $ 4,010.42 |
| Akorn Operating Company, LLC | UL Verification Services Inc | 1/20/2023 | Wire | $ 8,793.50 |
| | | | | $ 23,706.06 |