# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                  Plaintiff,<br><br>                  v.<br><br>UL VERIFICATION SERVICES INC.,<br><br>                  Defendant. | Adv. Pro. No. 25-50216 (KBO) |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

George Miller, Chapter 7 Trustee for the estate of Akorn Holding Company LLC, *et al.* (the "Plaintiff"), and UL Verification Services Inc. (the "Defendant") by and through their respective undersigned counsel, hereby stipulate and agree that the time in which Defendant must answer or otherwise respond to the complaint in the above-captioned adversary proceeding shall be and hereby is further extended to and including June 25, 2025.

Dated: May 16, 2025

| | |
|---|---|
| **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Special Counsel to Plaintiff* | **MORRIS JAMES LLP**<br><br>*/s/ Tara C. Pakrouh*<br>Tara C. Pakrouh (DE Bar No. 6192)<br>Aubrey Morin (DE Bar No. 6568)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>tpakrouh@morrisjames.com<br>amorin@morrisjames.com<br><br>*Counsel for Defendant* |

17326017/1