**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC *, et al*.,<br><br>Plaintiff,<br><br>v.<br><br>UL VERIFICATION SERVICES INC.,<br><br>Defendant. | Adv. Pro. No. 25-50216 (KBO) |

**CERTIFICATE OF SERVICE**

I, Tara C. Pakrouh, hereby certify that on the 16th day of May, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Stipulation to Extend Time to Respond to Complaint* upon the parties that are registered to receive notice via the Court's CM/ECF notification and upon the parties listed below via electronic mail.

**Via Electronic Mail**
SAUL EWING LLP
Evan T. Miller, Esq.
Paige N. Topper, Esq.
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
evan.miller@saul.com
paige.topper@saul.com

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)

17326017/1